# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**NARCISO SEVERINO-CONTRERAS,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**

**CIVIL NO. 16-2951 (PAD)**

## ORDER

Before the court is the pro se "Motion for Summary Judgment" (Docket No. 16). The motion was referred to Magistrate Marcos E. López, who issued a Report and Recommendation ("R&R") (Docket No. 18), to which no objections have been filed.

The court has made an independent, *de novo*, examination of the entire record. This review confirms that the Magistrate Judge's findings are well supported in the record and the law. As such, the court finds no reason to deviate from his recommendation.

Accordingly, the Court hereby ADOPTS the R&R in its entirety for the reasons stated therein (Docket No. 18) and by extension, DENIES petitioner's motion for summary judgment.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of August, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge